83,264-02

Dear Court of Criminal Appeals, Clerk     6-4-15
               My name is ANTWAIN JARMAR
TUTSON TDCJ #1864462. I currently have
two (2) 11.07 writ of Habeas Corpus pending
in your court. Tr. Ct. NO. W-66889-01-E /
WR-83,264-01 and Tr. Ct. NO W-66888-01-E / WR-
83-264-02. I am writing to inform
you of my address change. I would
greatly appreciate if you would forward
any and all responses, answers, and correspondence
to the below address. Thank you for
your time:

                              Sincerely
                              [signature] '15


ANTWAIN JARMAR TUTSON #1864462
COFFIELD UNIT
2661 F.M. 2054
TENNESSEE COLONY, TX 75884

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 10 2015
Abel Acosta, Clerk